# EXHIBIT 1

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2024

**To:** Mrs. Paula Boyd

Charge No: 415-2024-00544

EEOC Representative and email:    Femalelei Fowler
Investigator
femalelei.fowler@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 415-2024-00544.

On behalf of the Commission,

Jennifer Bessick
Digitally signed by Jennifer Bessick
Date: 2024.09.25 10:01:47 -04'00'

Jennifer Bessick
Director
Savannah Local Office

**Cc:**
Michael J. Brown
Payne Theological Seminary
P.O.Box 474
Wilberforce, OH 45384

Kristen W. Goodman
Hall Gilligan Roberts & Shanlever
7402 Hodgson Memorial Drive, Suite 110
Savannah, GA 31406

Michael Brown
Payne Theological Seminary
6555 Abercorn Street, Suite 120
Savannah, GA 31405

Charles Herman
Charles Herman Law
7 E Congress Street, Suite 611A
Savannah, GA 31401


Please retain this notice for your records.