# EXHIBIT 2

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2024

**To:** Mrs. Paula Boyd

Charge No: 415-2024-00550

EEOC Representative and email:    Femalelei Fowler
Investigator
femalelei.fowler@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because you were not in an employment relationship with the Respondent.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 415-2024-00550.

On behalf of the Commission,

Jennifer Bessick
Digitally signed by Jennifer Bessick
Date: 2024.09.25 09:30:20 -04'00'

Jennifer Bessick
Director
Savannah Local Office

**Cc:**
Robert T. Dumbacher
Hunton Andrews Kurth, LLP
600 Peachtree Street NE, Suite 600
Atlanta, GA 30308

E. Earl McCloud
African Methodist Episcopal Church
515 Executive Campus Drive, Suite 120
Westerville, OH 43082

Charles Herman
Charles Herman Law
7 E. Congress Street, Suite 611A
Savannah, GA 31401


Please retain this notice for your records.