UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAULA BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-282 |
| | ) | |
| PAYNE THEOLOGICAL | ) | |
| SEMINARY OF WILBERFORCE, | ) | |
| OHIO AND AFRICAN | ) | |
| METHODIST EPISCOPAL | ) | |
| CHURCH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Paula Boyd and Defendant Payne Theological Seminary of Wilberforce, Ohio ("PTS") jointly move for an extension of time to confer and submit their Rule 26(f) Report to within 14 days of Defendant African Methodist Episcopal Church, Inc's ("AME) responsive pleading. Doc. 20. Presently, Plaintiff and PTS are required to confer and submit their Rule 26(f) Report by June 2, 2025. Doc. 16 ("If Plaintiff is unable to serve Defendant [AME] by [May 19], Plaintiff and Defendant PTS are DIRECTED to confer and submit their Rule 26(f) Report by June 2, 2025.") (emphasis omitted). However, after much effort and a second

extension of time, doc. 18, Plaintiff was able to serve AME on May 21, 2025, doc. 19.  AME's deadline to file its responsive pleading is June 11, 2025, 9 days after Plaintiff and PTS are due to submit their Rule 26(f) Report.  Doc. 20 at 2.  Having reviewed the motion and for good cause shown, the Court **GRANTS** Plaintiff and PTS' Joint Motion to Extend Time to Hold Rule 26(f) Conference, doc. 20.  The parties are **DIRECTED** to confer and submit their Rule 26(f) Report by June 25, 2025.

    **SO ORDERED**, this 28th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA