IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAULA BOYD, <br><br> Plaintiff, <br><br> v. <br><br> PAYNE THEOLOGICAL SEMINARY OF WILBERFORCE, OHIO AND AFRICAN METHODIST EPISCOPAL CHURCH, INC., <br><br> Respondent. | CIVIL ACTION NO.: 4:24-cv-282 |

**O R D E R**

The Court **GRANTS** Plaintiff Paula Boyd and Defendant African Methodist Episcopal Church, Inc.'s Joint Motion to Set Aside Entry of Default. (Doc. 28.) Pursuant to Federal Rule of Civil Procedure 55(c), African Methodist Episcopal Church, Inc.'s default is set aside.

**SO ORDERED**, this 15th day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA