IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAULA BOYD, <br><br> Plaintiff, <br><br> v. <br><br> PAYNE THEOLOGICAL SEMINARY OF WILBERFORCE, OHIO; and AFRICAN METHODIST EPISCOPAL CHURCH, INC., <br><br> Defendants. | CIVIL ACTION NO.: 4:24-cv-282 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed by counsel for Plaintiff and by counsel for Defendants, in which the parties stipulate to the dismissal of this matter. (Doc. 38.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 1st day of December, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA